```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J. MARIO PRIDGEN              :    CIVIL ACTION
                              :
     v.                       :
                              :
JEFFREY D. WRIGHT, et al.     :    NO. 11-6863
```

ORDER

AND NOW, this 25th day of May, 2012, upon consideration of Defendants Randall O. Wenger and Joshua G. Parsons's Motion To Dismiss (Docket No. 20), which was unopposed, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendant's motion is GRANTED.  The plaintiffs' complaint is dismissed in its entirety.  The plaintiff may amend his complaint within 30 days of the date of this order as to his First Amendment claim and his Fourteenth Amendment equal protection claim.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```